

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00242-CV

**IN THE INTEREST OF J.A.**, J.A., and J.A., Children

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-01070
Honorable Richard Garcia, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, we modify the trial court's April 22, 2020 "Nunc Pro Tunc Order of Termination" as follows: under paragraphs 6.2.1., 6.2.2., and 6.2.3., we replace the paragraph's text with "deleted;". We make no other changes to the order. We affirm the trial court's order as modified.

We do not tax costs in this appeal because Appellant is unable to afford to pay costs of court.

SIGNED August 26, 2020.

_____
Patricia O. Alvarez, Justice